**James M. FRIERY, Plaintiff—
Appellant,**

v.

**LOS ANGELES UNIFIED SCHOOL
DISTRICT; et al., Defendants—
Appellees,**

and

**Office of Civil Rights; et
al., Defendants.**

**No. 01–56016.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 6, 2006.

Filed July 27, 2009.

Gary G. Kreep, United States Justice Foundation, Ramona, CA, Richard D. Ack-

erman, Lively & Ackerman, Temecula, CA, for Plaintiff–Appellant.

Gregory L. Vinson, Peter W. James, Baker & Hostetler, LLP, Los Angeles, CA, for Defendants–appellees.

Before: O'SCANNLAIN, RYMER and THOMAS, Circuit Judges.

ORDER *

On June 9, 2009, the appellant was ordered within 21 days to move for a voluntary dismissal or show cause why this appeal should not be dismissed for mootness or lack of jurisdiction. Because the 21 days have expired without any response from the appellant, we DISMISS the appeal for failure to prosecute pursuant to 9th Cir. R. 42–1.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.